THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES G. KILPATRICK,<br><br>            Plaintiff,<br><br>   v.<br><br>VERIZON WIRELESS SERVICES, LLC, d/b/a VERIBZON WIRELESS, a Delaware Limited Liability Company,<br><br>            Defendant. | CASE NO. C20-0908-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' stipulation and order to dismiss (Dkt. No. 14). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared."

      Here, all parties that have appeared stipulate that all claims shall be dismissed with prejudice and without attorneys' fees or costs to any party. (Dkt No. 14.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims in this action are DISMISSED with prejudice and without award of costs or fees to either party. The Clerk is directed to CLOSE this case.

//

DATED this 9th day of November 2020.

      William M. McCool
      Clerk of Court

      s/Paula McNabb
      Deputy Clerk